DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ABBOTT v. BLUE CROSS & BLUE SHIELD

No. 150P86.

Case below: 79 N.C. App. 176.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

ABSHER v. VANNOY-LANKFORD PLUMBING CO.

No. 88P86.

Case below: 78 N.C. App. 620.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

AMES v. CONTINENTAL CASUALTY CO.

No. 230P86.

Case below: 79 N.C. App. 530.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

ANDREWS v. ANDREWS

No. 148P86.

Case below: 79 N.C. App. 228.

Petition by defendant (Lee D. Andrews) for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

BERICO FUELS, INC. v. ROYAL VILLA, INC.

No. 119P86.

Case below: 78 N.C. App. 807.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.